**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
tclark@rlattorneys.com
MYRALEIGH A. ALBERTO, ESQ.
Nevada Bar No.14340
malberto@rlattorneys.com
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant*
*Allstate Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY SILVA-CASSIANO,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2-21-cv-267-GMN-DJA<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice.  There are no counterclaims, cross-claims, or third-party claims pending in this civil action.  The parties agree that should the Court

///

///

///

///

///

///

1

approve this stipulation, each side shall bear its own attorney's fees and costs.

| DATED this 20th day of March, 2021. | DATED this 20th day of March, 2021 |
|---|---|
| **RESNICK & LOUIS, P.C.** | **Dimopoulos Law Firm** |
| /s/  Troy A. Clark | /s/  Paul A. Shpirt |
| TROY A. CLARK, ESQ.<br>Nevada Bar No. 11361<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br>Attorneys for Defendant<br>Allstate Insurance Company | Paul A. Shpirt, Esq.<br>Nevada Bar No. 10441<br>6671 South Las Vegas Blvd Suite 275<br>Las Vegas NV 89119<br>Attorney for Plaintiff<br>*Larry Cassiano* |

### ORDER

The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is approved. This civil action is hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated this  20   day of April, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# Shyanne Jackson

| | |
|---|---|
| **From:** | Paul Shpirt <ps@stevedimopoulos.com> |
| **Sent:** | Monday, April 19, 2021 5:12 PM |
| **To:** | Troy Clark |
| **Cc:** | Shyanne Jackson; Rosa Quarles |
| **Subject:** | Re: Silva Cassiano v. Allstate |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

You may use my electronic signature

Paul A. Shpirt, Esq.
DIMOPOULOS INJURY LAW

> On Apr 19, 2021, at 5:11 PM, Troy Clark <tclark@rlattorneys.com> wrote:
>
> Paul,
>
> Please find the proposed stipulation to dismiss attached.
>
> Please let us know if you have permission for your e-signature.
>
> Respectfully,
>
> Troy A. Clark, Esq.
> Partner
> 8925 West Russell Road, Suite, 220
> Las Vegas, NV 89148
> Direct Phone (702) 522-1826
> tclark@rlattorneys.com
>
> ***Resnick & Louis, P.C.- Scottsdale, Az.***
>
>
> <image001.jpg>
> www.rlattorneys.com
>
>
> **RESNICK & LOUIS OFFICES:**
> **Albuquerque | Bakersfield | Charleston | Dallas | Denver | Ft. Lauderdale | Houston | Jackson | Jacksonville | Los Angeles | Las Vegas | Miami | Irvine / Orange County | Orlando | Phoenix | Riverside / Ontario | Sacramento | Salt Lake City | San Diego | Sarasota | "The Valley" / S. Texas**
> **| Tampa | London, UK**

1